FILED

10/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0367

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0367

FILED

OCT - 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

EDWIN J. TUFFREE,

Defendant and Appellant.

ORDER

Counsel for Appellant Edwin J. Tuffree filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Tuffree time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised on direct appeal in Tuffree's case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Tuffree personally.

DATED this ___ day of October, 2024.

Chief Justice

_____

_____

_____

_____

_____
Justices